# Exhibit G

**Exhibit G**

**Justifications for including those persons and entities on the list of search terms**

| Name | Contact information | Relationship |
|---|---|---|
| 1. Prateek Gupta | Address(es):<br>• K01, Palm Jumeirah, Dubai.<br>• Floor 11, Platinum Tower. JLT, Dubai.<br><br>Email address(es):<br>• pg@udgroup.ae | First Defendant in the English Proceedings. |
| 2. UIL (Singapore) Pte. Ltd. | Incorporated in Singapore.<br><br>Address(es):<br>• 160 Robinson Road, #13-07 Spore Business Federation CTR Singapore<br><br>Email address(es):<br>• girdhar@uilsg.com<br>• yimei@uil.com<br>• operations@uilsg.com | Second Defendant in the English Proceedings. |
| 3. UIL Malaysia Ltd. | Incorporated in Malaysia.<br><br>Address(es):<br>• Brumby Centre Lot 42, Jalan Muhibbah 87000, Federal Territories of Labuan, Malaysia<br><br>Email address(es):<br>• alam.ansari@uilmy.com<br>• girdhar@uilsg.com | Third Defendant in the English Proceedings. |
| 4. TMT Metals AG, Zug | Incorporated in Switzerland.<br><br>Address(es):<br>• Baarerstrasse 53 Zug CH-6300, Switzerland<br><br>Email address(es):<br>• ops@tmt-metals.com | Fourth Defendant in the English Proceedings. |
| 5. TMT Metals (UK) Ltd | Incorporated in the U.K.<br><br>Address(es):<br>• Quantum Offices, Mountview House, 202-212 High Road, Ilford, England, IG1 1QB<br><br>Email address(es):<br>• ops@tmt-metals.com<br>• manish.parmar@tmt-metals.com<br>• basemetals@tmt-metals.com<br>• andy.wang@tmt-metals.com<br>• amir.majdancic@tmt-metals.com<br>• shivkumar@tmt-metals.com | Fifth Defendant in the English Proceedings. |
| 6. Spring Metal Limited | Incorporated in Malaysia.<br><br>Address(es):<br>• Unit No. 3A-16, Level 3A Labuan Times Square Jalan Merdeka 87000, Federal | Sixth Defendant in the English Proceedings. |

| Name | Contact information | Relationship |
|---|---|---|
| | Territories of Labuan, Malaysia<br><br>Email address(es):<br>• Trader@springmetalltd.com | |
| 7. Mine Craft Limited | Incorporated in Hong Kong.<br><br>Address(es):<br>• Suite 605, 6/5 China Insurance Group Building 141 Des Voeux Road Central Hong Kong<br><br>Email address(es):<br>• dgm@minecraftltd.com | Seventh Defendant in the English Proceedings. |
| 8. New Alloys Trading Pte. Ltd. | Incorporated in Singapore.<br><br>Address(es):<br>• 1, Magazine Road, 04-11, Central Mall, Singapore 059567, Singapore<br><br>Email address(es):<br>• Kishor.sebastian@udgroup.ae<br>• operations@newalloys.com | Eighth Defendant in the English Proceedings. |
| 9. Ginni Gupta | Address(es):<br>• Villa 1, Frond K, Palm Jumeirah, UAE<br><br>Email address(es):<br>• Ginni@udgroup.ae | Wife of the First Defendant and subject to an English freezing order over certain assets dated 19 May 2023 |
| 10. Pprime Ltd (**Pprime**) (formerly named UD Trading and Holding Limited) | Incorporated in the UAE.<br><br>Address(es):<br>• Floor 11, Platinum Tower, JLT, Dubai<br>• Lob 16, Office No 133 1st Floor, PO Box 16952, Jebel Ali, UAE<br><br>Email address(es):<br>• pg@udgroup.ae | According to Companies House (the official company register in England)[1] and Endole (a business information resource),[2] the First Defendant is the sole controller/shareholder of Pprime. |
| 11. Vadox Corp (**Vadox**) | Incorporated in the BVI.<br><br>Address(es):<br>• Unknown<br><br>Email address(es):<br>• Unknown | Based on a judgment handed down by the Ontario Court in 2021,[3] Vadox is a subsidiary of Pprime Ltd, which, as stated at 10 above, is owned by the First Defendant. |
| 12. Vision Investments Ltd (**VIL**) (formerly named GG Property Holdings Ltd) | Incorporated in the UAE.<br><br>Email address(es):<br>• Unknown | According to an article in LexPress (a Mauritian newspaper publication),[4] Ginni Gupta is the 100% owner of VIL. |

---

[1] PPRIME LIMITED persons with significant control - Find and update company information - GOV.UK (https://find-and-update.company-information.service.gov.uk/company/OE014510/persons-with-significant-control)
[2] Pprime Limited - Company Profile - Endole (https://open.endole.co.uk/insight/company/OE014510-pprime-limited)
[3] UD Trading Group Holding PTE. Limited v. TransAsia Private Capital Limited, 2021 ONCA279 (https://www.ontariocourts.ca/decisions/2021/2021ONCA0279.htm)
[4] Ginni Gupta's asset freeze: is the state supporting the Silver Bank? (https://lexpress.mu/s/article/423001/gel-avoirs-ginni-gupta-letat-est-il-en-train-soutenir-silver-bank)

| Name | Contact information | Relationship |
|---|---|---|
| 13. UD Trading Group Holding Pte Ltd (**UD Group**) | Incorporated in Singapore.<br><br>Address(es):<br>• Unknown<br><br>Email address(es):<br>• pg@udgroup.ae | According to the audited accounts of UD Group for the financial year ended 31 March 2020, Pprime (which, as stated at 10 above, is owned by the First Defendant) is the holding corporation of UD Group. |
| 14. UIL Commodities DMCC (**UIL Commodities**) | Incorporated in the UAE.<br><br>Address(es):<br>• Unit No. 1101, Plot NO. JlT-PH1-12, Platinum Tower, 119975 Jumeirah Lake Towers, Dubai<br><br>Email address(es):<br>• pg@udgroup.ae | According to the audited accounts of UD Group for the financial year ended 31 March 2020, UIL Commodities is wholly owned by UD Group (which, as stated at 13 above, is owned by Pprime, which is owned by the First Defendant). |
| 15. Silver Star – SPC | Incorporated in the Cayman Islands. Director: Ridwan Mamode Saib.<br><br>Address(es):<br>• Unknown<br><br>Email address(es):<br>• Unknown | According to an article in LexPress (a Mauritian newspaper publication),[5] Ginni Gupta and the Eighth Defendant are shareholders in Silver Star SPC. |
| 16. Silvernova Ltd | Incorporated in Mauritius. Director: Ridwan Mamode Saib.<br><br>Address(es):<br>• Unknown<br><br>Email address(es):<br>• Unknown | According to an article in LexPress (a Mauritian newspaper publication),[6] Ginni Gupta and the Eighth Defendant indirectly hold an interest in Silvernova Ltd. |
| 17. TMT Metals Holdings Ltd (**TMT Holdings**) | Incorporated in the UK.<br><br>Address(es):<br>• C/O PKF GM, 3rd Floor One Park Row, Leeds, LS1 5HN<br><br>Email address(es):<br>• Unknown | According to filings at Companies House, the First Defendant is a person with significant control over TMT Holdings and holds more than 50% (but less than 75%) of the shares and voting rights. |
| 18. Hangji Global Ltd (**Hangji Global**) | Incorporated in the BVI.<br><br>Address(es):<br>• Unknown<br><br>Email address(es):<br>• info@hangjiglobal.com | The First Defendant appears to have an interest in Hangji Global, based on the fact that he offered shares in Hangji Global to both Trafigura and, according to separate court proceedings, as security to Rutmet, Inc.[7] |
| 19. Arvind Prasad | Address(es):<br>• JLT, Al Seef Tower 3<br><br>Email address(es):<br>• arvindpd@hotmail.com<br>• sachinneg@gmail.com<br>• ap@udgroup.ae | Known close associate of the First Defendant:<br><br>- He is the Managing Director / CEO of Ushdev International Limited (of which the First Defendant is or was at all material times believed to be the UBO and/or controller). |

---

[5] Ginni Gupta's asset freeze: is the state supporting the Silver Bank? (https://lexpress.mu/s/article/423001/gel-avoirs-ginni-gupta-letat-est-il-en-train-soutenir-silver-bank)

[6] Ginni Gupta's asset freeze: is the state supporting the Silver Bank? (https://lexpress.mu/s/article/423001/gel-avoirs-ginni-gupta-letat-est-il-en-train-soutenir-silver-bank)

[7] UD Trading Group Holding PTE. Limited v. TransAsia Private Capital Limited, 2021 ONCA 279 (https://www.ontariocourts.ca/decisions/2021/2021ONCA0279.htm)

| Name | Contact information | Relationship |
|---|---|---|
| | | - He is an advisor to the UD Group (for which, as explained at 13 above, the First Defendant is the UBO and/or controller).<br><br>- He is a disclosure custodian for the First to Fifth Defendants in the English proceedings. |
| 20. Girdhar Rathi | Address(es):<br>• Unknown<br><br>Email address(es):<br>• girdhar@uilsg.com | Known close associate of the First Defendant:<br><br>- He is the former Head of Trading at the Second Defendant and the UD Group (for which, as explained at 13 above, the First Defendant is the UBO and/or controller).<br><br>- He is a disclosure custodian for the First to Fifth Defendants in the English proceedings. |
| 21. Vipul Choudhari | Address(es):<br>• Unknown<br><br>Email address(es):<br>• vipul@udgroup.ae | Known close associate of the First Defendant:<br><br>- He is one of only two directors of Hangji Global (in which, as explained at 18 above, the First Defendant is believed to have an interest).<br><br>- He is a disclosure custodian for the First to Fifth Defendants in the English proceedings. |