# Exhibit B

# Federal Reserve Banks

## Federal Reserve Bank of New York



**John C. Williams**
*President*
Federal Reserve Bank of New York

John C. Williams took office on June 18, 2018, as the 11th president and chief executive officer of the Second District, Federal Reserve Bank of New York. In that capacity, he serves as the vice chairman and a permanent member of the Federal Open Market Committee, the group responsible for formulating the nation's monetary policy.

View More 

## Bank Location

33 Liberty Street
New York, NY 10045
(212) 720-5000

Visitor Information

Head office at New York, New York.

Covers the state of New York; Fairfield County in Connecticut; and 12 counties in northern New Jersey, and serves the Commonwealth of Puerto Rico and the U.S. Virgin Islands.

Website: https://www.newyorkfed.org/



## Branches

The Federal Reserve officially identifies Districts by number and Reserve Bank city.

The System serves commonwealths and territories as follows: the New York Bank serves the Commonwealth of Puerto Rico and the U.S. Virgin Islands; the San Francisco Bank serves American Samoa, Guam, and the Commonwealth of the Northern Mariana Islands. In the 12th District, the Seattle Branch serves Alaska, and the San Francisco Bank serves Hawaii. The Board of Governors revised the branch boundaries of the System in February 1996.

## List Of Directors

### Class A

| Name | Title | Term expires December 31 |
|---|---|---|
| René F. Jones | Chairman and Chief Executive Officer<br>M&T Bank Corporation<br>Buffalo, New York | 2024 |
| Douglas L. Kennedy | President and Chief Executive Officer<br>Peapack-Gladstone Bank<br>Bedminster, New Jersey | 2025 |
| John H. Buhrmaster | President and Chief Executive Officer<br>1st National Bank of Scotia and Glenville Bank Holding Company<br>Scotia, New York | 2026 |

### Class B

| Name | Title | Term expires December 31 |
|---|---|---|
| Scott Rechler | Chairman and Chief Executive Officer<br>RXR<br>New York, New York | 2024 |
| Adena T. Friedman | President and Chief Executive Officer<br>Nasdaq<br>New York, New York | 2025 |
| Arvind Krishna | Chairman and Chief Executive Officer<br>IBM<br>Armonk, New York | 2026 |

### Class C

| Name | Title | Term expires December 31 |
|---|---|---|
| Vincent Alvarez *(Chair)* | President<br>New York City Central Labor Council, AFL-CIO<br>New York, New York | 2024 |
| Pat Wang *(Deputy Chair)* | President and Chief Executive Officer<br>Healthfirst<br>New York, New York | 2025 |
| Rajiv J. Shah, MD | President<br>The Rockefeller Foundation<br>New York, New York | 2026 |

Last Update: February 06, 2024