# Exhibit G

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BANK OF AMERICA, N.A., NY
**Location:** NEW YORK, NY
**Routing Number:** 0260-0959-3
**Telegraphic Name:** BK AMER NYC
**Revised:** November 13, 2003
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 30, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BANK OF CHINA
**Location:** NEW YORK, NY
**Routing Number:** 0260-0326-9
**Telegraphic Name:** BK OF CHINA NYC
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 30, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Search Results

- There are **4** Fedwire Participants matching your search criteria.
- Search Criteria: Name contains bank of china.
- New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

Show 10 entries                                          Search:

| Row | Routing number | Short Name | City | State |
|---|---|---|---|---|
| 1 | 0210-8960-2 (detailFedwire.html?referredBy=fedwireResultsPage&aba=021089602&displaySearchLinks=true) | PB CHINA DES B | NEW YORK | NY |
| 2 | 0260-0326-9 (detailFedwire.html?referredBy=fedwireResultsPage&aba=026003269&displaySearchLinks=true) | BK OF CHINA NYC | NEW YORK | NY |
| 3 | 0260-1459-1 (detailFedwire.html?referredBy=fedwireResultsPage&aba=026014591&displaySearchLinks=true) | ICBC | NEW YORK | NY |
| 4 | 0260-1488-9 (detailFedwire.html?referredBy=fedwireResultsPage&aba=026014889&displaySearchLinks=true) | AGRICULTURAL BANK | NEW YORK | NY |

Showing 1 to 4 of 4 entries                                           Previous   1   Next

The effective date of this Fedwire directory is October 30, 2024.

Top of Page

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** THE BANK OF NEW YORK MELLON
**Location:** NEW YORK, NY
**Routing Number:** 0110-0123-4
**Telegraphic Name:** BK OF NYC
**Revised:** April 24, 2017
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 30, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BARCLAYS BANK, PLC
**Location:** NEW YORK, NY
**Routing Number:** 0260-0257-4
**Telegraphic Name:** BARCLAYS PLC
**Revised:** December 18, 2008
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is November 01, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BNP PARIBAS FORTIS
**Location:** NEW YORK, NY
**Routing Number:** 0260-1376-7
**Telegraphic Name:** BNP PARIBAS FORTIS
**Revised:** March 7, 2019
**Book-Entry Securities:** Eligible
**Funds:** Settlement Only

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 30, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** BNP PARIBAS
**Location:** JERSEY CITY, NJ
**Routing Number:** 0260-0768-9
**Telegraphic Name:** BQE NAT PARIS
**Revised:** August 24, 2007
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is November 22, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** CITIBANK, N.A.
**Location:** NEW YORK, NY
**Routing Number:** 0210-0008-9
**Telegraphic Name:** CITIBANK NYC
**Revised:** June 22, 2012
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 30, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** COMMERZBANK AG, NEW YORK BRANCH
**Location:** NEW YORK, NY
**Routing Number:** 0260-0804-4
**Telegraphic Name:** COMMERZBANK NYC
**Revised:** September 23, 2011
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 31, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Search Results

- There are **1** Fedwire Participants matching your search criteria.
- Search Criteria: Name contains commerzbank.
- New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

Show | 10 ⌄ | entries                                      Search: 

| Row | Routing number | Short Name | City | State |
|-----|----------------|------------|------|-------|
| 1 | 0260-0804-4 (detailFedwire.html?referredBy=fedwireResultsPage&aba=026008044&displaySearchLinks=true) | COMMERZBANK NYC | NEW YORK | NY |

Showing 1 to 1 of 1 entries                              Previous | 1 | Next

The effective date of this Fedwire directory is October 31, 2024.

Top of Page

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** DEUTSCHE BANK TRUST CO. AMERICAS
**Location:** NEW YORK, NY
**Routing Number:** 0210-0103-3
**Telegraphic Name:** DBTCO AMERICAS NYC
**Revised:** September 9, 2002
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is November 01, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** HSBC BANK USA, NA
**Location:** NEW YORK, NY
**Routing Number:** 0210-0482-3
**Telegraphic Name:** REPUBLIC NYC
**Revised:** November 7, 2014
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 31, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** JPMORGAN CHASE BANK, NA
**Location:** NEW YORK, NY
**Routing Number:** 0210-0002-1
**Telegraphic Name:** JPMCHASE
**Revised:** November 12, 2004
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 31, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** SOCIETE GENERALE
**Location:** NEW YORK, NY
**Routing Number:** 0260-0422-6
**Telegraphic Name:** SOCIETE GEN
**Revised:** N/A
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 31, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Search Results

- There are **1** Fedwire Participants matching your search criteria.
- Search Criteria: Name contains societe.
- New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

Show 10 entries    Search:

| Row | Routing number | Short Name | City | State |
|---|---|---|---|---|
| 1 | 0260-0422-6 (detailFedwire.html?referredBy=fedwireResultsPage&aba=026004226&displaySearchLinks=true) | SOCIETE GEN | NEW YORK | NY |

Showing 1 to 1 of 1 entries    Previous  1  Next

The effective date of this Fedwire directory is October 31, 2024.

Top of Page

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** STANDARD CHARTERED BANK LIMITED
**Location:** NEW YORK, NY
**Routing Number:** 0260-0256-1
**Telegraphic Name:** STANDARD CHART
**Revised:** August 19, 2002
**Book-Entry Securities:** Eligible
**Funds:** Eligible

Back To Results   New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is November 01, 2024.



(https://www.frbservices.org/)

# Fedwire® Participant Search Results

- There are **1** Fedwire Participants matching your search criteria.
- Search Criteria: Name contains standard chartered.
- New search (searchFedwire.html)  Revise search (reviseFedwireSearch.html)

Show 10 entries                                                                                          Search:

| Row | Routing number | Short Name | City | State |
|---|---|---|---|---|
| 1 | 0260-0256-1 (detailFedwire.html?referredBy=fedwireResultsPage&aba=026002561&displaySearchLinks=true) | STANDARD CHART | NEW YORK | NY |

Showing 1 to 1 of 1 entries                                                                  Previous  1  Next

The effective date of this Fedwire directory is November 01, 2024.

Top of Page

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** UBS AG
**Location:** STAMFORD, CT
**Routing Number:** 0260-0799-3
**Telegraphic Name:** UBS AG
**Revised:** December 31, 2021
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)    Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is November 25, 2024.

 (https://www.frbservices.org/)

# Fedwire® Participant Details

## Name, Location and Routing Information

**Bank Name:** WELLS FARGO NY INTL
**Location:** NEW YORK, NY
**Routing Number:** 0260-0509-2
**Telegraphic Name:** WELLSFARGO NY INTL
**Revised:** November 7, 2014
**Book-Entry Securities:** Ineligible
**Funds:** Eligible

Back To Results    New search (searchFedwire.html)   Revise search (reviseFedwireSearch.html)

The effective date of this Fedwire directory is October 31, 2024.