# Exhibit H



Sign in | Locations | Menu

## Bank of America FAQs

Show all | Hide all

**What is Bank of America's corporate address?**

Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255

Where can I find financial information about Bank of America?

Where can members of the media find information about Bank of America?

Where should I direct my shareholder inquiry?

Where can I learn more about careers at Bank of America?

### Other resources

Locations

Contact us

Site map

See all FAQs

Important Disclosures and Information

Some accounts, services and fees vary from state to state. Please review the [Business Schedule of Fees](#) for your state, also available at your local financial center.

Credit and collateral are subjected to approval. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms, and conditions are subject to change without notice.



Home | Accessible Banking        Privacy | Children's Privacy | Security | Careers
Share Your Feedback | Sitemap | Browse with a Specialist    Your Privacy Choices

Connect with us

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2024 Bank of America Corporation. All rights reserved.
Patent: patents.bankofamerica.com

 

# New! Send wire transfers in our Mobile Banking app or Online Banking

Send domestic and international wire transfers in 140+ currencies to over 200 countries.[1] Available in English and Spanish.

## International Wire Transfer Features





**No outbound wire transfer fee** if sent in foreign currency, but exchange rate markups apply.[2]

**Get a competitive foreign exchange rate** in the app or Online Banking.[3]



**Know the exact amount** sent to your recipient in their local currency.

# Outbound wire transfer fees[2,4]

| Wire type | Fee |
|---|---|
| Domestic | $30 |
| International, U.S. dollars | $45 |

| Wire type | Fee |
|---|---|
| International, foreign currency | No wire transfer fee* |

*International, foreign currency: No wire transfer fee, but exchange rate markups apply.[2]

Select [Preferred Rewards members](#) could save on wire transfer fees.



# Sending wire transfers

To send a wire transfer, [log in to our Mobile app or Online Banking](#) and tap Pay & Transfer. You will need your debit card number, PIN, and U.S. mobile number OR a [USB security key](#).

**Domestic:**

- You need the recipient's name, address, bank wire routing number (ABA) and account number.

- Cutoff time is 5 p.m. Eastern, and funds typically arrive the same day (business days only).

**International:**

- You need the recipient's name, address and bank information, including SWIFT code and account number.

- You can send in U.S. dollars or foreign currency; cutoff time is 5 p.m. Eastern, and funds typically arrive in 1 to 5 business days, but this may depend on currency selected and processing time of the receiving bank.

- Some countries require specific bank identifiers (e.g. Canada's Transit Code or India's IFSC code), or account identifiers (e.g. IBAN, or CLABE for Mexico). See the
[Foreign Currency Payments Guide](#) for details.

Fees and limits [may apply](#).

# Receiving wire transfers

To receive domestic and international wire transfers you will need to provide the sender your account information and the following information. To find your account number, log in to our [Mobile App or Online Banking](#) and select your receiving account.

**Domestic (U.S):**

- Bank of America's wires routing number: 026009593

**International:**

- Receive in U.S. dollars: SWIFT Code BOFAUS3N
  Bank of America N.A.
  222 Broadway, New York, NY 10038

- Receive in foreign currency: SWIFT Code BOFAUS6S
  Bank of America N.A.
  555 California St., San Francisco, CA 94104

Domestic transfers will typically be credited to your account the same business day, and international transfers will typically be credited to your account in 1 to 2 business days.





# See how to do a wire transfer

Review digital demos to see how to set up domestic and international wire transfers with the Mobile Banking app or Online Banking.

You can also view our printable guide.

View guided demos

## Get additional information

Wires FAQs        Guide to Foreign Currency Payments

Guided Demos

# Want a secure, easy way to bank on the go?

Download the app today. It's simple and convenient.

Download the app

[1] Fees apply to outbound domestic wire transfers and international wire transfers sent in U.S. dollars.

[2] We do not charge a transfer fee for outbound international wire transfers sent in foreign currency, but there are markups associated with currency conversion which are included in the Bank of America, N.A. exchange rate and we may make money from the foreign currency exchange. Exchange rates are determined by Bank of America in its sole discretion. Other financial institutions involved may charge fees and deduct their fees from the amount of the wire transfer.   When deciding between sending in foreign currency or U.S. Dollars, you should consider factors that impact the total cost to send or the amount available after transfer such as exchange rates and other fees.  See the [Personal Schedule of Fees](#) and [Online Banking Service Agreement](#) for details. Data connection required. Carrier fees may apply.

For Consumer international wires: If you send U.S. Dollars to a bank account that is not denominated in U.S. Dollars ("Non-USD Account"), your payment will be converted into the currency of the Non-USD Account ("Local Currency") by an intermediary bank or the receiving bank (and we may receive compensation in connection with any such conversion). We are not responsible for the exchange rate applied by any intermediary bank or the receiving bank. For Small Business international wires: If you send U.S. Dollars to a Non-USD Account, your payment will be converted to local currency by any bank or service provider involved in processing the transaction. If the Bank converts the currency, we and/or an affiliate will include a mark-up or fee on such currency conversion and may profit in connection with any such currency conversion.

[3] Exchange rates fluctuate, at times significantly, and you acknowledge and accept all risks that may result from such fluctuations. If we assign an exchange rate to your foreign exchange transaction, that exchange rate will be determined by us in our sole discretion based upon such factors as we determine relevant, including without limitation, market conditions, exchange rates charged by other parties, our desired rate of return, market risk, credit risk and other market, economic and business factors, and is subject to change at any time without notice. Exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day. Exchange rates offered by other dealers or shown on other sources by us or other dealers (including online sources) may be different from the exchange rate applied to your foreign exchange transaction. The exchange rate you are offered may be different from, and likely inferior to, the rate paid by us to acquire the underlying currency.

[4] We provide all-in pricing for exchange rates. The price provided may include profit, fees, costs, charges or other mark ups as determined by us in our sole discretion. The level of the fee or markup may differ for each customer and may differ for the same customer depending on the method or venue used for transaction execution.

In connection with our market making and other activities, we may engage in hedging, including pre-hedging, to mitigate our risk, facilitate customer transactions and hedge any associated exposure. Such activities may include trading ahead of order execution. These transactions may affect the price of the underlying currency, and consequently, your cost or proceeds. You acknowledge that we bear no liability for these potential price movements. When our pre-hedging and hedging activity is completed at prices that are superior to the agreed upon execution price or benchmark, we will keep the positive difference as a profit in connection with the transactions. You will have no interest in any profits.

You acknowledge that the parties to these exchange rate transactions engaged in arm's-length negotiations. You are a customer and these transactions do not establish a principal/agent relationship or any other relationship that may create a heightened duty for us. You should assume we have an economic incentive to be a counterparty to any transaction with you.

We disclaim any and all liability for our exchange rates, including without limitation, direct, indirect or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including but not limited to bank-notes, checks, wire transfers, etc.).
Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

**BANK OF AMERICA**

| Privacy | Security | Advertising Practices | Children's Privacy | Your Privacy Choices |
Browse with Specialist
Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2024 Bank of America Corporation. All rights reserved.

MAP6827433