# Exhibit I




Log In

# CONTACT US

For general inquiries, please reach us at (212) 935-3101 .

For requests relating to specific departments or branches, please refer to the list below.

Skip To Main Content

Back To Top

# OUR BRANCHES

## NEW YORK*

 1045 Avenue of Americas (on 6th Ave between 39th and 40th Street), New York, NY 10018

+1-212-935-3101

CORPORATE AND PERSONAL BANKING SERVICES

## QUEENS*

Skip To Main Content

42-35 Main Street, Flushing, NY 11355

Back To Top

+1-212-925-2355

CORPORATE AND PERSONAL BANKING SERVICES

## CHICAGO

111 South Wacker Drive, Suite 4800, Chicago, IL 60606

+1-312-506-8688

CORPORATE BANKING SERVICE ONLY

## LOS ANGELES

[illegible] Street, 39th Fl, Los Angeles, CA 90071

Skip To Main Content

 +1-213-688-8700

CORPORATE BANKING SERVICE ONLY

Back To Top

* NEW YORK BRANCHES ARE MEMBERS FDIC

## Corporate Banking:

corporatebanking@bocusa.com
(212) 293-2493

---

## Financial Institutions:

fid@bocusa.com
(646) 231-3234

---

## Personal Banking:

contactus@bocusa.com
(646) 231-3103

---

## Commodities Business Center:

commodities@bocusa.com
(646) 968-5800

---

## Clearing Services:

clrservice@bocusa.com
(646) 231-3156

---

## Trade Services:

tsd@bocusa.com

Skip To Main Content

12/3/24, 9:10 AM Contact Us | Bank Of China

(646) 968-5728

Back To Top

## Global Markets:

mkd@bocusa.com
(646) 231-3206

## Custody Service:

custody@bocusa.com
(646) 231-3222

## Consumer Complaints:

consumer_complaints@bocusa.com

## Media Inquiries:

corporatecommunications@bocusa.com

Contact Us
CRA
Disclaimer
Customer Feedback
AML Disclosures
Security Alert
BOC U.S.A. Privacy Policy
Terms and Conditions
Skip To Main Content ssibility
IBOR Transition

https://www.bocusa.com/contact-us 5/6

Global Website

Sitemap

Back To Top

2024 Bank of China, U. S. Branches. All rights reserved





 Log In

# USD CLEARING & SETTLEMENT

Leverage our extensive global payment network and industry expertise to access new markets and grow your business.

Log In

Skip To Main Content

Back To Top

# INTRODUCTION

Bank of China U.S.A.'s New York branch has provided USD clearing services through both the Clearing House Interbank Payments System (CHIPS) and the Federal Reserve's Wire Transfer System (Fedwire) for almost 40 years, building an unrivalled track record in cross-border transactions, focused on the U.S. and Greater China.

Our experienced staff deliver 24-hour New York-based multilingual customer support and tailored services to ensure client payments are closely monitored and processed efficiently. Underpinning this commitment to our clients is our robust risk governance program that guards the safety, continuity, and confidentiality of our clients' businesses.

USD clearing services from our New York branch include:

- Customer remittance
- Inter-bank transfers
- Inquiry and claims around specific payments

Skip To Main Content

24-hour online customer support

Back To Top

## Eligible Financial Institutions

*Financial Institutions that hold accounts with BOC U.S.A's New York branch*

## LET'S CONNECT

Call Us

Email Us

Locate Us

Skip To Main Content

Contact Us
Customer Feedback
Back To Top
Disclaimer
Security Alert
AML Disclosures
Terms and Conditions
BOC U.S.A. Privacy Policy
IBOR Transition
Accessibility
Global Website
CRA
Sitemap

2024 Bank of China, U. S. Branches. All rights reserved