# Exhibit J



# GLOBAL REACH
# LOCAL EXPERTISE



BANK OF CHINA USA



# BANK OF CHINA U.S.A.



BANK OF CHINA ("BOC"), ESTABLISHED IN 1912, IS CHINA'S MOST INTERNATIONAL AND DIVERSIFIED BANK, COVERING OVER 60 COUNTRIES AND REGIONS AROUND THE GLOBE.

In 2023, BOC was once again designated as one of the "Global Systemically Important Financial Institutions", the only financial institution from emerging economies that has been on the list for 13 consecutive years. **The bank was listed at No. 49 on the 2023 Fortune Global 500, and made the 2023 Forbes Global Top 2000 list at No. 12. BOC was also listed by S&P Global as the world's 4th largest bank based on total assets in 2023.**



BOC first entered the U.S. market in 1936 and re-opened its business in 1981. During the course of our last 40 years operating in the U.S., we have opened four branches: Manhattan, Queens, Los Angeles and Chicago. As the oldest and largest Chinese bank in the U.S., BOC U.S.A. provides comprehensive services to local businesses and global corporations.

By the end of December 2023, Bank of China U.S.A. had total assets exceeding $45 billion, ranking 23rd among 165 foreign-funded banks and 63rd among 4,049 commercial banks in the American banking industry. In recent years, BOC U.S.A. has been committed to improving its cross-border service capabilities and promoting the internationalization of the RMB. Thanks to our global RMB clearing network, a broad customer base both home and abroad, professional talent pool and cross-border financial products, BOC U.S.A. is the premier bank for cross-border RMB services.



BOC has always upheld the principles of Responsibility, Integrity, Professionalism, Innovation, Prudence and Efficiency throughout its hundred-year history, building up a strong brand that is widely recognized within the industry and across industry sectors. Faced with new historic challenges and opportunities, BOC U.S.A. is committed to honoring these principles, by continuing to support our local and global clients and by contributing to U.S. - China investment and trade relations, driving cooperation between the world's two largest economies.

中国银行 BANK OF CHINA



*—Bank of China, U.S.A. Headquarters, 1045 Avenue of the Americas, New York, NY.*

BOC U.S.A. SPECIALIZES IN CORPORATE LENDING, TRADE SERVICES, GLOBAL MARKETS HEDGING, PERSONAL BANKING, U.S. DOLLAR AND RMB CLEARING WHILE CREATING PREMIUM TAILORED SOLUTIONS FOR CHINESE COMPANIES OPERATING IN THE U.S., FORTUNE 500 COMPANIES, U.S. HOMEGROWN ENTERPRISES, FINANCIAL INSTITUTIONS AND HIGH NET-WORTH INDIVIDUALS.







BANK OF CHINA USA

©BANK OF CHINA, AUGUST 2024 | All rights reserved.
For more information on BANK OF CHINA USA | WWW.BOCUSA.COM