# Exhibit K

# Contact Us

Thank you for your interest in BNY.  Select which category best suits you.

## Sales

Ready to grow your business? Contact our team of solutions experts.

Learn more →

## Support

Need help with our products or services? Visit our **FAQ page** or contact us using the link below.

Learn more →

BNY    Pershing    Wealth    Investments

Contact our teams for questions about our company.

Learn more →

## Office Locations



### Corporate Headquarters

240 Greenwich Street

BNY    Pershing    Wealth    Investments

View map →



## Global Locations

With a dedicated business presence on six continents and in 35 countries, BNY Mellon delivers global scale at the local level.

View our global locations →

🌐  United States                                                                              >

__BNY__   *Pershing*   *Wealth*   *Investments*

Investor Relations

Support

Suppliers

Modern Slavery Statement

Privacy

Manage Cookies

Terms of Use

Cookie Notice

   

BNY is the corporate brand of The Bank of New York Mellon Corporation and may be used to reference the corporation as a whole and/or its various subsidiaries generally.  ©2024 The Bank of New York Mellon.