# Exhibit L

