# Exhibit M



# Barclays in the US

Barclays is a British universal bank with a strong and growing presence in the USA. We provide consumer banking and payments services to millions of people around the world, as well as top-tier global corporate and investment banking.

**Why I chose Barclays**

## Our latest cohort

Hear from our latest Early Careers US cohort on why they chose to work at Barclays.



"Why should I choose Barclays in the Americas as my employer?"

Here's why

Competitive benefits and rewards package



Citizenship is at the heart of our culture



A diverse and inclusive environment

At the leading edge of technology in banking



Hybrid working



< Back to map

## New York

New York is home to Barclays' US headquarters, and the Americas hub for our Corporate and Investment Bank (CIB). A community of over 4,500 client-focused, dedicated professionals who create opportunities and solve challenges for some of the world's most important companies.

**Latest jobs**    

**Product Manager**
New York (United States)

**Vice President, High Yield Bond Trader**
New York (United States)

**Quantitative Analyst, AVP**
New York (United States)

**Corporate Secretari**
New York (United Sta

See all jobs in New York

## Meet your neighbours




### Meet Dale
Dallas Cowboys fan and aspiring home brewer

**Wilmington, Delaware**

Read story


### Meet Sabina
Learn about Sabina and her support for Women in Tech

**Whippany, New Jersey**

Read story


### Meet Anita
Hear from Anita on financial w...

**Whippany, New Jersey**

Read story

## Latest jobs in the Americas

See more jobs in the Americas

**Credit UI Developer - Trading System**

Whippany (United States)

🕒 10 Oct

**Credit UI Developer - Trading System**

Whippany (United States)

🕒 10 Oct

**Senior Java Developer**

Whippany (United States)

🕒 10 Oct

**Product Manager**

New York (United S...

🕒 10 Oct

 

**home.barclays**

**Privacy Policy**

**Cookie Policy**

**Website Accessibility**

  

Registered office for all: 1 Churchill Place, London E14 5HP