# Exhibit N



# US Resolution Plan

2021 US Resolution Plan Public Section



# What's inside the US Resolution Plan Public Section

The US Resolution Plan Public Section is intended to inform the public's understanding of the Barclays US-Specific Resolution Strategy

 **Where can I find out more about Barclays?**

You can learn about Barclays' strategy, businesses, performance, and approach to governance and risk on our website, where you can also view and download the latest and archived annual and strategic reports.

For further information and a fuller understanding of the results and the state of affairs of the Group, please visit https://home.barclays/annualreport.

### Barclays Bank Delaware

| Characteristics | Description |
|---|---|
| Regulatory Status | Insured Depository Institution |
| Jurisdiction of Organization | Delaware-chartered FDIC-insured non-member bank domiciled in Delaware |
| Primary Regulators | • Federal Deposit Insurance Corporation<br>• Consumer Financial Protection Bureau<br>• State Bank Commissioner of Delaware |
| Ownership | BBDE is a wholly owned subsidiary of BGUS |
| Activities | BBDE's primary business is the issuance of co-branded credit cards within the US Barclays brand. The US Consumer Bank business is the US portion of the global Consumer, Cards and Payments business. The US Consumer Bank business also has an online retail deposit business offering savings accounts and term certificate deposit products in the US |
| Funding Sources | BBDE has a well-diversified mix of funding products consisting of retail deposits, brokered deposits, deposit sweeps, and credit card securitization |
| Other | BBDE is headquartered in Wilmington, Delaware |

**Summary of BBDE's Resolution Strategy under Our US-Specific Resolution Strategy**

BBDE is expected to remain solvent and stay above minimum liquidity and capital regulatory requirements. To the extent capital and/or liquidity is needed, post the bankruptcy of BUSLLC, BGUS will provide capital and/or liquidity to BBDE, pursuant to the SSA.

Under our US-Specific Resolution Strategy, the consolidated BBDE entity and its associated service company (i.e., BSLLC) have been identified for potential sale due to BBDE's high quality credit card portfolio. Our strategy is designed to protect our depositors while having no impact on the FDIC's Deposit Insurance Fund.

BBDE will remain outside of insolvency proceedings. Throughout the runway, while BUSLLC prepares for bankruptcy, Barclays will respond to client requests; however, BBDE will not proactively reduce its size or interconnectedness. BBDE would continue to retain access to shared services provided by affiliates as contractually entitled under IGAs; BBDE would also retain access to FMUs throughout resolution.

BBDE will have sufficient liquidity to ensure depositors have access to their insured deposits. Barclays would have active communication with its customers to instill confidence that covered deposits are insured.

BBDE clients may request to transfer their positions and accounts to alternative providers. Post the bankruptcy of BUSLLC, BBDE will begin the due diligence and marketing processes associated with the sale of BBDE and identify a potential buyer for BBDE.

**Barclays Bank PLC New York Branch**

| Characteristics | Description |
|---|---|
| Regulatory Status/Licensing | Licensed by the New York State Department of Financial Services as a branch of BBPLC, a bank organized under the laws of England and Wales |
| Primary Regulators | NYSDFS and the Federal Reserve Bank of New York |
| Ownership | As a branch, NYBR is a part of BBPLC and has no branches, subsidiaries, associates or joint ventures |
| Activities | NYBR's primary activities are deposit taking, lending, management of Barclays' USD funding positions and US dollar clearing |
| Funding Sources | NYBR's balance sheet is funded via external unsecured financing markets and inter-branch funding received primarily from the BBPLC UK |

**Summary of NYBR's Resolution Strategy under Our US-Specific Resolution Strategy**

Under our US-Specific Resolution Strategy, NYBR would remain outside of any insolvency proceedings and may be put under heightened supervision by the its state regulator, the NYSDFS, who may impose additional AMR requirements. Barclays has performed analysis to demonstrate NYBR will be able to repay its internal and external obligations while complying with the AMR requirement, due to NYBR's strong liquidity position and stringent liquidity risk management. NYBR would continue to retain access to shared services provided by inter-affiliates as contractually required in IGAs; NYBR would also retain access to FMUs throughout resolution.

Although our US-Specific Resolution strategy does not contemplate the cessation of any US branch activities that are significant to the activities of a Critical Operation, Barclays' has conducted analysis on the impact of the cessation of the NYBR. This analysis includes a description of Critical Operations and Shared Services provided by NYBR to IHC Subsidiaries and the identification of potential obstacles, and associated mitigants, presented by the cessation of shared services that support Critical Operations.

## Material Service Entities

Barclays has designated the following seven entities as Material Service Entities for the purposes of US Resolution Planning.

Barclays Services Corporation: BSC is a corporation domiciled in the US and incorporated in the state of Delaware and is a wholly owned subsidiary of BGUS. BSC provides infrastructure support services to Barclays' affiliates, primarily BCI, NYBR and BBDE in the US.

Barclays Services LLC: BSLLC is a limited liability corporation domiciled in the US and incorporated in the state of Delaware and is a wholly owned subsidiary of BGUS. BSLLC provides customer service, infrastructure and operational support to BBDE.

Barclays Execution Services Limited: BXSL is a private limited company domiciled and incorporated in England in the United Kingdom. BXSL, the group service company, provides infrastructure and employment services across Barclays International and Barclays UK.

Barclays Global Service Center Private Limited: BGSC is a private limited company incorporated in India and a direct subsidiary of BXSL. BGSC provides information technology (IT) and IT-enabled services like data processing, payment processing, call center, financial accounting, financial analytics services, and technology solutions across Barclays entities globally.

US Real Estate Holdings No. 1, 2, 3 Limited: US RE1, US RE2, and US RE3 are limited liability companies incorporated in the UK. US RE1, US RE2, and US RE3 are indirect wholly owned subsidiaries of BBPLC. US RE1, US RE2, and US RE3 own freehold and/or leasehold interests in properties in the US.

## Material Service Entities Funding Sources

Barclays manages its capital resources and requirements on a centralized and legal entity basis, across regulated and non-regulated entities. The Material Service Entities retain adequate capital for working capital needs and to support capital expenditure as required. Excess capital is returned to the Group in the form of dividends or capital repatriations. The Group and Americas Finance and Treasury functions collectively manage the appropriate capital requirements of the entities. BSC, BSLLC, BXSL, BGSC, US RE1, US RE2, and US RE3 are not individually regulated and, therefore, are not required to maintain any regulatory capital or to manage prescribed regulatory capital ratios on an ongoing basis. In the event that timing differences occur in managing their working capital, each of the Material Service Entities has access to backup funding facilities provided by BBPLC and BGUS.

## Summary of Material Service Entities' US-Specific Resolution Strategy

Under our US-Specific Resolution Strategy, our Material Service Entities remain solvent and outside of any insolvency proceedings. Our Material Service Entities are both financially and operationally resilient and continue to provide services. Our Material Service Entities are contractually obligated through intra-group agreements to continue to provide services.

Our Material Service Entities maintain sufficient working capital to operate services and execute our US-Specific Resolution Strategy. While our US Material Service Entities are not expected to require additional capital and/or liquidity upon the bankruptcy of BUSLLC, US Material Service Entities, pursuant to the SSA, would have the ability to receive capital and/or liquidity support from BGUS in the event support was required.