# Exhibit O

# How do I receive money from abroad?

Before you can receive an international payment, you'll need to provide the sender with some details, including

- Your International Bank Account Number (IBAN) – it's on your statement, or you can generate the IBAN for your account with us using the tool on our international payments page

- Barclays SWIFTBIC (Bank Identifier Code). For Barclays UK, this code is BUKBGB22

- Your sort code – unless you've provided your IBAN

- Account number – unless you've provided your IBAN

- Your full name

- Your address

- The amount and the currency you'd like to receive the payment in

Remember – if the payment is taking place outside of the EEA you'll also need to agree with the sender who's going to pay the charges.

If you want to receive a SEPA credit transfer, you'll need to provide the sender with an IBAN.

If the payment is being made in US dollars, you might be asked to supply the details of who Barclays UK banks with in the USA, including the ABA code 026002574. This is equivalent to a UK sort code and is also known as the Fed Wire number. Barclays Bank UK's PLC USD account is held with Barclays Bank PLC, New York.

# Making and receiving international payments

1. [Receiving money from abroad](#)

2. [What are IBANs and SWIFT codes?](#)

3. [How do I send money abroad?](#)

4. How do I receive money from abroad?

5. [How do I send money abroad?](#)

6. [What are IBANs and SWIFT codes?](#)

7. [How can I generate an IBAN?](#)

8. [Barclays SWIFT code](#)

## Contact Us

Still have a question? Take a look at your contact options.

[View now](#)

Question 4 of 8
[about Making and receiving international payments](#)

[3.How do I send money abroad?](#)

[5. How do I send money abroad?](#)

Find more help here

# About you

[Text Alerts](#)

[Your details](#)

[Text Alerts](#)

[Lost or stolen card](#)

[Security and fraud](#)

[Barclays Track It](#)

[Travel abroad](#)

[Your credit rating](#)

# Bank accounts

[Current accounts](#)

[Business accounts](#)

[Premier accounts](#)

[Students and graduates](#)

[International accounts](#)

# Products

[Cards](#)

[Savings and investments](#)

[Borrowing](#)

[Mortgages](#)

[Insurance](#)

Smart Investor

## Ways to bank

Online Banking

Mobile banking

Telephone Banking

In branch

Make a payment

Third party access