# Exhibit P

# Locations

BNP Paribas is headquartered in Paris, France with a global network of locations in 64 countries, including the United States. In 2016, we announced the creation of BNP Paribas USA, Inc., our US bank holding company headquartered in New York, to confirm our long-term commitment to the US market. We are one of the select few non-domestic banks with the scale, resources, and ambition to be competitive in the region, where we serve over 2,000 corporate and institutional clients.

## Some of BNP Paribas' Locations in the United States



### New York / New Jersey

Read less 

BNP Paribas USA is headquartered in New York, NY. In the heart of vibrant Times Square and New York City's famed theater district, our building at 787 Seventh Avenue likewise radiates positive energy, from our trading floors to our collaborative working spaces.

New York City is our center for Corporate & Institutional Banking (CIB) and Asset Management, with our front office and internal teams serving institutions and corporate clients across a spectrum of industries. Along with our additional campus in Jersey City, NJ, which houses vital corporate function departments, over 3,000 employees work collaboratively to bring BNP Paribas' services to life.



## San Francisco

Read more 



## Chesterbrook

Read more 

Investment products and services are offered through BNP Paribas Securities Corporation, a wholly owned subsidiary of BNP Paribas, S.A., registered broker-dealer and futures commission merchant, and member of FINRA, SIPC, and NFA. Custody and certain other services are provided by the New York branch of BNP Paribas, S.A. Deposits are not FDIC insured.

SHARE THIS PAGE

f (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://USA.BNPPARIBAS/EN/HOMEPAGE/ABOUT-US/BNP-PARIBAS-IN-THE-US/LOCATIONS/&TITLE=LOCATIONS)

|

X (HTTPS://TWITTER.COM/SHARE?URL=HTTPS://USA.BNPPARIBAS/EN/HOMEPAGE/ABOUT-US/BNP-PARIBAS-IN-THE-US/LOCATIONS/&TITLE=LOCATIONS)

|

in (HTTPS://WWW.LINKEDIN.COM/SHAREARTICLE?URL=HTTPS://USA.BNPPARIBAS/EN/HOMEPAGE/ABOUT-US/BNP-PARIBAS-IN-THE-US/LOCATIONS/&TITLE=LOCATIONS)

|

✉ (MAILTO:?BODY=HTTPS://USA.BNPPARIBAS/EN/HOMEPAGE/ABOUT-US/BNP-PARIBAS-IN-THE-US/LOCATIONS/&SUBJECT=LOCATIONS)