

# Exhibit Q



- Insights
- Investors
- Careers

My Account



**UNITED STATES**

## United States

Born as the City Bank of New York in 1812, we have a proven track record of serving clients in the U.S. You can find our global headquarters in New York City, but our presence extends far beyond with teams in 21 sites around the country – from Jacksonville, Florida to Irving, Texas – and retail branches in six urban centers. The U.S. is home to U.S. Personal Banking, which includes branded cards, retail services, and retail banking. U.S. Personal Banking serves our home market, which has the largest consumer wallet in the

- About Us
- Businesses
- Our Impact
- News

### Media
(212) 793-0710

### Addresses
**Citi**

388 Greenwich Street
New York, NY 10013
U.S.A.

### The Citi Private Bank

Citigroup Center
153 East 53rd Street
16/F, Zone 19
New York, NY 10022
U.S.A.



United States

- Insights
- Investors
- Careers

 My Account

# COUNTRY LEADERSHIP



**Sunil Garg**

CEO of Citibank, N.A. and Head of North America

Sign up to receive the latest from Citi.

Enter Email Address    Next



| ABOUT US | BUSINESSES | OUR IMPACT | NEWS | INVESTORS |
|---|---|---|---|---|
| Strategy | Services | Sustainability | Press Releases | Quarterly Earnings |
| Leadership | Markets | Strengthening Community | Perspectives | Events and Presentations |
| Global Presence | Banking and International Wealth | Diversity, Equity and Inclusion | Events | Annual Reports and Proxy Statements |
| Heritage | U.S. Personal Banking | | Media Resources | SEC Filings |

- About Us
- Businesses
- Our Impact
- News



- Insights
- Investors
- Careers

My Account

All Insights

Regulatory Disclosures

Investor Relations

Stockholder Services

Corporate Governance

ESG for Investors

Investor Contacts

Terms   Privacy   Cookie Policy   Cookie Preferences
Notice at Collection   CA Privacy Hub   Accessibility   Suppliers
Ethics Hotline