# Exhibit R



# The Clearing House 

Delivering safe and reliable payments systems, such as the RTP® network – an innovative real-time payments platform.

Financial Services · New York, NY · 18K followers · 201-500 employees

Follow    Message    ...

Home    **About**    Posts    Jobs    People

## Overview

The Clearing House is a banking association and payments company owned by the largest commercial banks, and dates back to 1853. The Clearing House Payments Company L.L.C. owns and operates core payments system infrastructure in the United States and is currently working to modernize that infrastructure by building a new, ubiquitous, real-time payment system. The Payments Company is the only private-sector ACH and wire operator in the United States, clearing and settling nearly $2 trillion in U.S. dollar payments each day, representing half of all commercial ACH and wire volume. Its affiliate, The Clearing House Association L.L.C., is a nonpartisan organization that engages in research, analysis, advocacy and litigation focused on financial regulation that supports a safe, sound and competitive banking system.

**Website**
http://www.theclearinghouse.org

**Verified page**
June 15, 2023

**Industry**
Financial Services

**Company size**
201-500 employees
586 associated members

**Headquarters**
New York, NY

**Founded**
1853

**Specialties**
Payments, Advocacy, and Thought Leadership

## Locations (1)

**Primary**
1114 Avenue of the Americas, New York, NY 10036, US

[Get directions](#)



+ Follow

**U.S. Faster Payments Council**
Financial Services
7,336 followers

+ Follow

Show all →

## People also follow

**The Ridley Scholarship Program**
Higher Education
253 followers

+ Follow

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Law Practice
47,946 followers

Dillon & 30 other school alumni work here

+ Follow

**Law360**
Online Audio and Video Media
129,683 followers

+ Follow

Show all →