# Exhibit S




# Commerzbank worldwide

Europe North America Central/South America

## Branches, Representative Offices and Subsidiaries

### USA

also: Canada

**New York Branch**
Head: John Geremia
Address: 225 Liberty Street, New York, NY 10281-1050
Telephone: +1 212 2667200
Write an email

**Financial Institutions New York**
Head: Christopher Graham
Address: 225 Liberty Street, New York, NY 10281-1050
Telephone: +1 212 2667200
Write an email

**Commerz Markets LLC**
Head: John Geremia
Address: 225 Liberty Street, New York, NY 10281-1050
Telephone: +1 212 2667200
Write an email

10/30/24, 10:55 AM Commerzbank worldwide - Group Website

ho we are at driv es ws ro o ar e er stor Rela tion es ea rc e rv ic cial Instit ution

USA

## Any further questions or suggestions?

Feel free to contact us!

Branch Contact

The bank at your side

Home 〉 Who we are 〉 Commerzbank worldwide

Terms Legal Notices Imprint Consent Management

https://www.commerzbank.de/group/who-we-are/commerzbank-worldwide/ 2/2

# Legal Notices

Here you will find information on the subjects of data protection and disclaimers.

The information on this internet portal is subject to continuous review and updating by Commerzbank AG. However, some details may have changed since first published. We therefore accept no liability or guarantees for the accuracy, completeness or topicality of the information provided on this site or any other site to which hyperlinks are provided. Commerzbank AG is not responsible for the content of any external websites linked to in this way.

The content and structure of this portal are protected by copyright. Any reproduction of information or data, particularly the use of texts, text extracts or images is prohibited without the express prior consent of Commerzbank AG.

## Data protection

**Principles and sustainability**

Your trust in a long-term business relationship is important to us. Commerzbank AG takes the protection of your personal data very seriously and adheres to the rules of data protection, in particular the provisions of the EU General Data Protection Regulation (GDPR) and our

AG, London Branch is authorised and regulated by Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin) and the European Central Bank. Authorised by the Prudential Regulation Authority. Subject to regulation by the Financial Conduct Authority and limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from us on request. (Financial Services Register number: 124920)

**US:** To the extent this communication is distributed in the United States, it must solely be sent to “institutional investors” and “major U.S. institutional investors,” as defined in Rule 15a-6 under the Securities Exchange Act of 1934. Any securities transaction by U.S. persons must be effected with Commerz Markets LLC (“CMLLC”), a wholly owned subsidiary of Commerzbank AG and a US registered broker-dealer. CMLLC is a member of FINRA and SIPC. Under applicable US law, information regarding clients of CMLLC may be distributed to other companies within Commerzbank. Banking services in the U.S. will be provided by Commerzbank AG, New York Branch. Any derivatives transaction with U.S. persons must be effected with Commerzbank AG, in accordance with the provisions of the Dodd-Frank Wall Street Reform and Consumer Protection Act. Commerzbank AG is not a member of SIPC and is a provisionally registered swap dealer with the CFTC. Some products or services may be unavailable in the United States.

**Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. Under no circumstances is the information contained herein to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. In Canada, the information contained herein is intended