# Exhibit T



# Deutsche Bank 2021 Targeted U.S. Resolution Plan

Public Section | December 17, 2021

# Contents

1. Introduction .................................................................................................................... 3
2. Our U.S. Resolution Strategy ........................................................................................ 6
   2.1 Our Operations in the United States ................................................................. 7
   2.2 Our Group and U.S. Resolution Strategies ....................................................... 8
   2.3 Our Secured Support Agreement ..................................................................... 8
3. Enhanced Resolution Capabilities ............................................................................. 10
   3.1 Enhancements Already Reflected in our 2020 U.S. Resolution Plan ...... 12
   3.2 Enhancements Made Since the 2020 U.S. Resolution Plan Submission.... 13
4. Material Changes Since Our 2018 U.S. Resolution Plan Submission ........... 15
   4.1 Strategic Transformation and Changes in our U.S. Footprint .................. 16
   4.2 Changes to our U.S. Material Entities and Core Business Lines .............. 17
5. Enhanced Resolution Governance Framework .................................................... 18
   5.1 Our Updated Crisis Continuum ........................................................................ 19
   5.2 Our Enhanced Trigger and Escalation Framework ..................................... 21
6. Other Features Supporting Our U.S. Resolution Strategy ............................ 23
7. U.S. Resolution Plan Governance ................................................................. 26
8. Conclusion ................................................................................................ 28
9. Appendix .................................................................................................. 30
   9.1 U.S. Material Entities ......................................................................................... 31
   9.2 Core Business Lines ........................................................................................... 39
   9.3 Operational Interconnectedness within the DB Group ............................. 45
   9.4 Consolidated Financial Information of the DB Group ............................... 49
   9.5 Description of Our Derivative and Hedging Activities .............................. 52
   9.6 Memberships in Material Payment, Clearing and Settlement Systems . 52
   9.7 Description of Our Worldwide Operations ................................................... 54
   9.8 Material Supervisory Authorities .................................................................... 54
   9.9 Principal Officers ................................................................................................ 55
   9.10 Material Management Information Systems ............................................. 56
10. Glossary ................................................................................................. 57
Cautionary Statement Regarding Forward-Looking Statements ......................... 60

The table below provides financial information on DBSI as of December 31, 2020.

### DBSI Financial Information[5]

| in USD Millions | December 31, 2020<br>Amount |
|---|---:|
| **Assets** | |
| Cash and cash equivalents (includes cash equivalents at fair value of $29) | 1,444 |
| Cash segregated under federal and other regulations | 273 |
| Collateralized agreements and financings: | |
|   Securities purchased under agreements to resell (includes fair value of $6,335) | 25,177 |
|   Securities borrowed (includes fair value of $15,623) | 21,499 |
| Financial instruments owned, at fair value (includes $15,518 of securities pledged as collateral) | 18,393 |
| Receivables: | |
|   Customers | 561 |
|   Noncustomers | 7 |
|   Brokers, dealers, and clearing organizations | 3,160 |
| Other assets | 1,616 |
| **Total assets** | **72,130** |
| **Liabilities and Stockholder's Equity** | |
| Securities sold under agreements to repurchase (includes fair value of $20,083) | 32,262 |
| Securities loaned (includes fair value of $1,609) | 5,553 |
| Payables: | |
|   Customers | 2,841 |
|   Noncustomers | 3,590 |
|   Brokers, dealers, and clearing organizations | 628 |
| Loans | 779 |
| Financial instruments sold, but not yet purchased, at fair value | 11,950 |
| Other liabilities | 2,674 |
| **Total liabilities** | **60,277** |
| Total stockholder's equity | 11,853 |
| **Total liabilities and stockholder's equity** | **72,130** |

### 9.1.9 Deutsche Bank Trust Company Americas (DBTCA)

DBTCA, a New York corporation and New York state-chartered bank, is a wholly owned subsidiary of DBTC, which is a wholly owned subsidiary of DB USA. DBTCA is supervised and regulated by the NYSDFS and the Federal Reserve. DBTCA is a member of the Federal Reserve System and its deposits are insured by the FDIC. In addition, DBTCA is a transfer agent registered with the Securities and Exchange Commission.

---

[5] Consolidated Statement of Financial Condition (With Report of Independent Registered Public Accounting Firm Thereon)

The table below shows the Core Business Lines that are conducted through or supported by DBTCA.

## DBTCA Mapping of Lines of Business to Core Business Lines

| Line of Business | Core Business Line |
|---|---|
| Corporate Bank | Cash Management Corporates and Institutional Cash |
| | Trade Finance |
| | Corporate Trust |
| International Private Bank | Lending and Deposits |

The table below provides financial information on DBTCA as of December 31, 2020.

## DBTCA Financial Information[6]

| in USD Thousands | December 31, 2020 Amount |
|---|---:|
| **Assets** | |
| Cash and balances due from depository institutions | 18,050,000 |
| Securities | 1,127,000 |
| Federal funds sold and securities purchased under agreements to resell | 12,095,000 |
| Loans and lease financing receivables | 12,188,000 |
| Premises and fixed assets (including capitalized leases) | 14,000 |
| Intangible assets | 18,000 |
| Other assets | 1,820,000 |
| **Total assets** | 45,312,000 |
| **Liabilities** | |
| Deposits | 33,657,000 |
| Other borrowed money (includes mortgage indebtedness and obligations under capitalized leases) | 250,000 |
| Other liabilities | 2,112,000 |
| **Total liabilities** | 36,019,000 |
| Total equity capital | 9,293,000 |
| *Total liabilities and equity capital* | *45,312,000* |

### 9.1.10 DB USA Core Corporation (DBUCC)

DBUCC, a New Jersey corporation, is a wholly owned subsidiary of DBTC, which is a wholly owned subsidiary of DB USA. DBUCC provides administrative and back-office services to DBTCA, DBSI and DBAG NY, as well as certain other affiliates that are not U.S. Material Entities.

The services provided by DBUCC include services relating to loan operations, wealth management operations, technology operations, anti-financial crime, compliance, human resources, communications, finance and trust and securities services operations. DBUCC does not have any external customers. Services provided by DBUCC to its affiliates are governed by inter-affiliate service agreements with cost plus prices and resolution continuity provisions. DBUCC funds its operating costs through service fees.

---

[6] Consolidated Reports of Condition and Income for A Bank With Domestic Offices Only - FFIEC 041