# Exhibit U

# Contact

## Head Office U.S.A.

Deutsche Bank
One Columbus Circle
New York, NY, 10019
Telephone: +1(212) 250-2500

## Other locations

| State | Address | City | Postal Code |
|---|---|---|---|
| California | 535 Anton Boulevard, MetroCenter at South Coast | Costa Mesa | 92626 |
|  | 1999 Avenue of the Stars | Los Angeles | 90067 |
|  | 101 California Street | San Francisco | 94111 |
|  | 1801 E. St. Andrews Place | Santa Ana | 92705 |
| Delaware | 111 Continental Drive, Suite 102 | Newark | 19713 |
| District of Columbia | 801 17th Street, N.W. | Washington | 20006 |
| Florida | 5022 Gate Parkway | Jacksonville | 32256 |
|  | 5201 Gate Parkway | Jacksonville | 32256 |
|  | 600 Brickell Ave, Suite 2050 | Miami | 33131 |
| Georgia | 3414 Peachtree Road, N.E., Monarch Plaza | Atlanta | 30326 |
|  | 6 Concourse Parkway, Suite 2135 | Atlanta | 30328 |

| | | | |
|---|---|---|---|
| Illinois | 222 South Riverside Plaza, Riverside Plaza | Chicago | 60606 |
| Massachusetts | 100 Summer Street, 8th Floor | Boston | 02110 |
| | 321 Summer Street, Suite 405 | Boston | 02110 |
| New York | 875 3rd Avenue | New York | 10022 |
| North Carolina | 1000 CentreGreen Way | Cary | 27513 |
| | 3000 CentreGreen Way, CentreGreen Four | Cary | 27513 |
| | 4000 CentreGreen Way, CentreGreen Four | Cary | 27513 |
| | 200 South Tryon Street | Charlotte | 28202 |
| Texas | 300 Crescent Court, 17th Floor, Suite 1795 | Dallas | 75201 |
| Washington | 701 Pike Street, One Convention Place | Seattle | 98101 |