# Exhibit Z



# NEW YORK HEAD OFFICE

## 🌐 LOCATIONS MAP

### New York Head Office

245 Park Avenue
10167 New York

Tel : +1 212 278 6000
Fax : +1 212 278 7068

Societe Generale Branch & SG Americas Securities, LLC Locations