# Exhibit BB



About us

# Our locations

We operate in 52 markets around the world. Find the location and contact details of your nearest office.



Global HQ    Asia    Africa    Middle East    Europe    **Americas**

# Americas

With multiple locations across North and South America and headquarters in New York, we provide financial products and services to multi-national corporations, financial institutions and development organisations

Argentina

Brazil

Colombia

## United States

### Standard Chartered Bank USA

1095 Avenue of the Americas
New York
NY 10036

View map

www.sc.com/us

+1 (212) 667 0700

## Want to join us?



Start a career with us



Accessibility

Cookie policy

Terms of use

Privacy policy

Modern slavery statement

Regulatory disclosures

Straight2Bank onboarding portal

Our Code of Conduct and Ethics

Online security

Fighting financial crime

FAQs

Our locations

Contact us

Sitemap

Manage cookies

