# Exhibit CC



> View FINRA
> BrokerCheck information

Contact us

Account login

1285 Avenue of the Americas Branch Office

# You're the architect of your future

Build on our solid foundation



Established in 1988, the 1285 Avenue of the Americas Headquarters Branch is located in the heart of New York City. We are rightfully known for having access and strength as the flagship office. Our individualized approach attracts outstanding Financial Advisors who are highly motivated and value the client-advisor relationship. Intimate and supportive, yet backed by powerful resources we provide unique advantages. Our 150 Financial Advisors are equipped with the best possible resources to provide a world class client experience and compete in an ever-changing marketplace.

**The Time Is Now**
Contact the New York Headquarters Branch and meet a Financial Advisor to discuss your financial situation, needs and goals. You can start building a solid financial foundation for you and your family by reaching out today.