# Exhibit DD

# WELLS FARGO

Corporate & Investment Banking    Global Services    International Resources    **Routing Numbers**

# Routing Numbers

Find a SWIFT code, CHIPS or Fedwire ABA number, and other key routing codes for Wells Fargo locations in the U.S. and around the world.

For SWIFT BIC numbers, ABA federal routing numbers, and CHIPS information, see our international resources.

**Contact us**

- Complete our contact form
- Find one of our international locations

**Need help with IBAN?**

Learn about using IBAN for global payments.

## U.S. locations | International locations

| City | Name | SWIFT BIC | FED & CHIPS ABA | Reuters Code |
|---|---|---|---|---|
| Charlotte | Wells Fargo Bank, N.A. Foreign Exchange | SWIFT TID FX: WFBIUS6WFFX | FW ABA: 026005092 | |
| Charlotte | Wells Fargo Bank, N.A. International Processing Center Trade Operations | PNBPUS33CHA | FW ABA: 026005092 CHIPS ABA: 0509 | |
| Los Angeles | Wells Fargo Bank, N.A. International Processing Center Trade Operations | PNBPUS6L | FW ABA: 026005092 CHIPS ABA: 0509 | |
| New York | Wells Fargo Bank, N.A. International Branch | PNBPUS3NNYC | FW ABA: 026005092 CHIPS ABA: 0509 | |
| New York | Wells Fargo Bank, N.A. Foreign Exchange | WFBIUS6WFFX | | WFNY (FX & MM) |
| Philadelphia | Wells Fargo Bank, N.A. International Processing Center | PNBPUS33 PNBPUS33PHL | FW ABA: 026005092 CHIPS ABA: 0509 | |
| San Francisco | Wells Fargo Bank, N.A. Foreign Exchange | WFBIUS6WFFX | FW ABA: 121000248 | WFSF |
| Winston-Salem | Wells Fargo Bank, N.A. Standby Letters of Credit | PNBPUS33SLC | FW ABA: 026005092 CHIPS ABA: 0509 | |
| Atlanta, Charlotte, Chicago, Dallas, Houston, Irvine, Los Angeles, Miami, Minneapolis, New York, Palo Alto, Philadelphia, San Francisco, Seattle | International Bank Trade Services Centers | WFBIUS6S | FW ABA: 121000248 | |

Wells Fargo does not have offices outside of the U.S. that provide services to retail or small business customers. For assistance with your accounts when traveling internationally, refer to our international access codes for phone numbers, or visit our travel resource center.

Wells Fargo & Company, WFBNA and their affiliates (collectively, "Wells Fargo") conducts business globally. Outside the U.S. Wells Fargo & Co conducts business through various companies, including duly authorized and regulated subsidiaries and affiliates in Asia, Canada, Europe, Middle East, Africa, and Latin America. All products and services may not be available in all countries. Each situation needs to be evaluated individually and is subject to local regulatory requirements.

Wells Fargo Bank, N.A. Member FDIC. Deposits held in non-U.S. branches are not FDIC insured.

© 1999 - 2024 Wells Fargo. NMLSR ID 399801