# Exhibit EE



*2020 Wells Fargo FIG Payment Services Handbook*

# Essential guide to making payments in U.S. dollars and euros



Together we'll go far

# Table of contents

Introduction ............................................................................................................................................................................................1

About Wells Fargo's payment products .......................................................................................................................1

About Wells Fargo .........................................................................................................................................................................1

Our global presence ....................................................................................................................................................................1

Industry and regulatory updates .....................................................................................................................................2

High-level payments overview ..........................................................................................................................................6

U.S. government regulations on the processing of your payments ..................................................9

How your payments are processed by Wells Fargo ....................................................................................10

Wells Fargo's USD payment products ........................................................................................................................11

GlobalPay.FX Formatting Guidelines – SWIFT ..................................................................................................13

Wells Fargo's euro payment products ......................................................................................................................15

USD payment reference guide ........................................................................................................................................16

Fedwire and CHIPS formatting guide ......................................................................................................................18

International payment formatting guide ............................................................................................................20

Four simple principles for straight-through processing for SWIFT ..............................................20

IBAN (International Bank Account Number) ....................................................................................................21

SWIFT ...................................................................................................................................................................................................22

Codewords for field 72 (Sender to Receiver Information) ....................................................................24

MT103, MT200, MT202, and MT202COV payment formats ................................................................26

USD formatting examples .................................................................................................................................................32

Foreign currency example ................................................................................................................................................36

Euro examples ..............................................................................................................................................................................37

# Introduction

This handbook has been prepared to facilitate the processing of cross-border, USD, EUR, and other currency payments. It provides a general overview of the payment systems and a detailed description of how payments are processed by Wells Fargo. Also included is a guide of recommended payment formats for both SWIFT and CyberPay, Wells Fargo's proprietary payment initiation tool.

# About Wells Fargo's payment products

Wells Fargo is one of the world's largest international correspondent banks. We offer a full array of services to thousands of banks around the world. Wells Fargo's USD and global currency suite of services attests to our commitment to this industry and our ability to meet the dynamic needs of customers around the world.

Our product offerings enable you to concentrate all of your commercial, treasury, retail, and trade payments with a single correspondent bank. The benefits of using a single correspondent bank are many and include the potential elimination of using cover payments and all the overhead required, speeds reconcilement, reduces the cost of processing, minimizes funding costs, reduces errors, and makes handling of inquires easier, since all questions can be directed to one correspondent. One correspondent leads to greater transparency and a good understanding of our risk appetite.

# About Wells Fargo

Wells Fargo serves over 70 million customers, offering a comprehensive array of retail, investment banking, capital management, and wealth management services. Wells Fargo has one of the largest distribution networks in the United States, offering financial services through more than 7,800 locations and some 13,000 automated teller machines (ATMs). Globally, we have a correspondent network spanning 130 countries. We have offices in 37 countries and territories to support customers who conduct business in the global economy. Our international lines of business include Correspondent Banking, Trade Services, Outsourcing Services, Foreign Exchange, Asset Management, Capital Markets, Structured Trade Finance, and services for Global Multilateral Institutions.

# Our global presence

| Americas | Europe | Middle East and Africa/India | Asia Pacific |
|---|---|---|---|
| Buenos Aires* | Dublin | Dubai | Bangkok* |
| Charlotte | Frankfurt | Mumbai* | Beijing |
| Los Angeles | London | | Hanoi* |
| Miami | | | Hong Kong |
| New York | | | Manila* |
| Philadelphia | | | Seoul |
| Santiago* | | | Shanghai |
| Sao Paulo* | | | Singapore |
| San Francisco | | | Sydney* |
| Santo Domingo* | | | Taipei |
| Washington, D.C. | | | Tokyo |
| Winston-Salem | | | |

*These locations are Representative Offices

# USD payment reference guide

## Wells Fargo incoming routing instructions
Wells Fargo Bank, N.A. New York SWIFT BIC: PNBPUS3NNYC
CHIPS Participant Number: 0509
FED ABA Routing Number: 026005092

## CHIPS Participant Routing Numbers

| CHIPS Routing Number | Bank name | SWIFT BIC | FED ABA |
|---|---|---|---|
| 0184 | Banco Bilbao Vizcaya, S.A. | BBVAUS33 | 026001847 |
| 0355 | Banco do Brasil S.A. | BRASUS33 | 026003557 |
| 0869 | Bangkok Bank Public Company Limited | BKKBUS33 | 026008691 |
| 0279 | Bank Leumi USA | LUMIUS3N | 026002794 |
| 0959 | Bank of America, N.A. | BOFAUS3N | 026009593 |
| 0326 | Bank of China | BKCHUS33 | 026003269 |
| 1262 | Bank of Communications | COMMUS33 | 026012629 |
| 0253 | Bank of Nova Scotia | NOSCUS33 | 026002532 |
| 0963 | Bank of Tokyo-Mitsubishi UFJ, Ltd. | BOTKUS33 | 026009632 |
| 0257 | Barclays Bank PLC | BARCUS33 | 026002574 |
| 0768 | BNP Paribas New York | BNPAUS3N | 026007689 |
| 0160 | Branch Banking and Trust Company | BRBTUS33 | 053201607 |
| 0480 | Brown Brothers Harriman & Co. | BBHCUS33 | 026004802 |
| 0600 | China Citic Bank Int'l LTD. | KWHKUS33 | 026006004 |
| 1468 | China Construction Bank Corporation | PCBCUS33 | 026014685 |
| 1455 | China Merchants Bank | CMBCUS33 | 026014559 |
| 0008 | Citibank, N.A. | CITIUS33 | 021000089 |
| 0804 | Commerzbank AG | COBAUS3X | 026008044 |
| 0807 | Credit Agricole Corporation and Investment Bank | CRLSUS33 | 026008073 |
| 0865 | Credit Industriel et Commercial | CMCIUS33 | 026008659 |
| 0378 | Deutsche Bank AG | DEUTUS33 | 026003780 |
| 0103 | Deutsche Bank Trust Co Americas | BKTRUS33 | 021001033 |
| 0031 | Fifth Third Bank | FTBCUS3C | 042000314 |
| 0736 | Habib American Bank | HANYUS33 | 026007362 |
| 0108 | HSBC Bank USA | MRMDUS33 | 021001088 |
| 1459 | Industrial and Commercial Bank of China | ICBKUS33 | 026014591 |
| 0531 | Intesa Sanpaolo S.p.A. | BCITUS33 | 026005319 |
| 0976 | Israel Discount Bank of New York | IDBYUS33 | 026009768 |
| 0002 | JPMorgan Chase Bank, N.A. | CHASUS33 | 021000021 |
| 0824 | KBC Bank N.V. | KREDUS33 | 026008248 |
| 0555 | Manufacturers and Traders Trust Company | MANTUS33 | 022000046 |
| 0174 | Mashreqbank psc | MSHQUS33 | 026011743 |
| 0908 | Mega Int'l Commercial Bank Co. | ICBCUS33 | 026009085 |
| 0430 | Mizuho Bank, Ltd. – NY | MHCBUS33 | 026004307 |

Wells Fargo Global Payments Handbook

17

| CHIPS Routing Number | Bank name | SWIFT BIC | FED ABA |
|---|---|---|---|
| 0422 | Societe Generale | SOGEUS33 | 026004226 |
| 0256 | Standard Chartered Bank | SCBLUS33 | 026002561 |
| 0914 | State Bank of India | SBINUS33 | 026009140 |
| 0487 | State Street Bank and Trust Company | SBOSUS3N | 026009166 |
| 0967 | Sumitomo Mitsui Banking Corporation | SMBCUS33 | 026009674 |
| 0001 | The Bank of New York Mellon | IRVTUS3N | 021000018 |
| 0112 | The Northern Trust Company | CNORUS44 | 026001122 |
| 0799 | UBS AG | UBSWUS33PID | 026007993 |
| 0049 | Union Bank, N.A. | BOFCUS33MPK | 122000496 |
| 0509 | Wells Fargo Bank NY INTL. | PNBPUS3NNYC | 026005092 |
| 0407 | Wells Fargo Bank, San Francisco | WFBIUS6S | 121000248 |

| | Payment Instructions Receipt Cut-off Times by Delivery Channel | | Clearing Cut-off Times | | |
|---|---|---|---|---|---|
| USD | SWIFT, Wells Fargo Cyber and Data Transmission Services | Fedwire and CHIPS Origination** | Book | CHIPS | Fedwire |
| STP | 17:45* | CHIPS:16:45* FED:17:45* | 18:30 | 17:00 | 18:00 |
| Non-STP | 17:30* | CHIPS:16:30* FED:17:30* | 18:30 | 17:00 | 18:00 |

*Instructions received after the cut-off times above will be processed on a commercially reasonable best-efforts basis.

# Federal Reserve Bank — Funds Transfer Routing Number search

The below link can be utilized to determine if a Fed ABA routing number is eligible for funds transfer.*
https://www.frbservices.org/EPaymentsDirectory/agreement.html
* Financial institutions maintain ABAs that are used for ACH transfers; ACH ABAs should never be used to identify a financial institution in a funds transfer.

# SWIFT — Search

The link below can be utilized to determine if a SWIFT BIC on line is eligible for funds transfer.
http://www.swift.com/bsl/index.faces?bicSearch

# New York Clearing House — Participant List

The link below can be utilized to look up a CHIPS Participant Number or CHIPS UID number.
https://www.theclearinghouse.org/uid-lookup

# Fedwire and CHIPS formatting guide

## Principles for straight-through processing of CHIPS and Fedwire payments

1. Although Wells Fargo does not require the inclusion of an intermediary bank. If you have the intermediary bank information, we encourage you to include it in your payment instruction. We will utilize our extensive network of correspondent bank accounts, routing database, and payment experience to select an intermediary bank if one is required.
2. Always place each party in its designated CHIPS or FED field and always precede the party identifier with its correct identifier code. The SWIFT BIC is the preferred means of identification.
3. In the Intermediary Bank field, please ensure that you are not repeating the information contained in the Beneficiary Bank field.
4. Never abbreviate a bank name. It could potentially stop a payment from being completed and advised.
5. Obtain and provide, in the payment instructions, the maximum possible amount of information from the originator.

   The most complete source of information will always be the originator. Some examples are:
   - Full name and address of originator and beneficiary, including country (it is not recommended to use a PO Box)
   - Date of birth of any foreign national
   - Beneficiary national ID number or passport number
   - Purpose of payment
   - IMO (International Maritime Organization) ship identification number and flag from vessel

## CHIPS format:

| Field tag # | Field name | Content | Comment |
|---|---|---|---|
| 260 | Amount | USD amount | Amount applied before deduction, if applicable |
| 201 | Sender FI | Sender CHIPS number (4 characters) | |
| 320 | Sender Reference | 16 characters | |
| 211 | Receiver FI | 0509 | Wells Fargo's dedicated CHIPS number |
| 400 | Intermediary FI | Intermediary's identifier | Optional |
| 412 | Beneficiary's FI | SWIFT BIC or CHIPS UID number for beneficiary's bank, name, and address | Name and address also acceptable if SWIFT BIC or CHIPS UID is not available |
| 422 | Beneficiary Information | Beneficiary's account identifier, name, and address | |
| 502 | Originator Information | Originator's identifier (e.g., account number), name, and address | |
| 650 | FI to FI Information | | |

## Fedwire format:

| Field tag # | Field name | Content | Comment |
|---|---|---|---|
| 2000 | Amount | USD amount | Amount applied before deduction, if applicable |
| 3100 | Sender FI | Sender ABA number (9 characters) Sender short name (18 characters) | |
| 3320 | Sender Reference | 16 characters | |
| 3400 | Receiver FI | 026005092 | Wells Fargo's dedicated ABA number |
| 4000 | Intermediary FI | Intermediary's identifier | Optional. Wells Fargo identifies all required intermediaries |
| 4100 | Beneficiary's FI | SWIFT BIC for beneficiary's bank, name, and address | Name and address also acceptable if SWIFT BIC is not available |
| 4200 | Beneficiary Information | Beneficiary's account identifier, name, and address | |
| 5000 | Originator Information | Originator's identifier (e.g., account number), name, and address | |
| 6500 | FI to FI Information | | |

## Fedwire format example:

| Original Fedwire payment instructions | | |
|---|---|---|
| {1100} | Msg Disposition | : 30P N |
| {1110} | Time-Stamp | : 0715 1047 FT03 |
| {1120} | Omad | : 2018079 E6B7088C 000022 |
| {1510} | Type/SubType Code | : 10 00 |
| {1520} | Imad | : 201807159 E6B7011C 000028 |
| {2000} | Amount | : $20,615.00 |
| {3100} | Sender Fi | : 256070000 |
| | | LEFT BANK |
| {3320} | Sending Bank Ref# | : 3429991 071513 |
| {3400} | Receiver Fi | : 026005092 |
| | | Wells Fargo NY INT |
| {3600} | Business Function | : CTR (Customer Transfer) |
| {4100} | BBK- | : BCCDDBKAX |
| | | CHINA BANK |
| | | 123 STREET |
| | | HONGKONG |
| {4200} | BNF FI - | : BCCDDBKAY |
| | | CHINA BANK |
| | | 456 STREET |
| | | SINGAPORE |
| {6000} | OBI- | TRANSFER FEES |

# wellsfargo.com/international

**For more information:**

Wells Fargo places your needs at the center of all endeavors. Your relationship manager or global payments specialist will:

- Take the time to fully understand your business.
- Deliver tailored solutions and exceptional service through a dedicated staff of product and industry experts.
- Help you succeed financially in all of the markets where you do business.

They will be pleased to provide more information on global payments or other correspondent services.

Please visit our website at **wellsfargo.com/international** for more information on our global capabilities.

Wells Fargo & Company provides financial services in Asia, Canada, and Latin America through its duly authorized and regulated subsidiaries. In Europe, banking services are provided through Wells Fargo Bank International (WFBI), directly regulated by the Central Bank of Ireland, and Wells Fargo Bank, N.A. London Branch, authorized by the Prudential Regulation Authority (PRA) and regulated by the Financial Conduct Authority (FCA) and the PRA. All products and services may not be available in all countries. Each situation needs to be evaluated individually and is subject to local regulatory requirements.

Member FDIC. Deposits held in non-U.S. branches are not FDIC insured.



© 2020 Wells Fargo Bank, N.A. All rights reserved.
IHA-6681813 (02/20)