UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>TRAFIGURA PTE LTD<br><br>For an Order Pursuant to 28 U.S.C. § 1782 To Conduct Discovery for Use in a Foreign Proceeding | No. 25 Misc. 41 |

## ORDER AUTHORIZING DISCOVERY
## PURSUANT TO 28 U.S.C. § 1782

This matter having come before the Court on the Application of Trafigura Pte Ltd ("Trafigura") for an Order Authorizing Discovery Pursuant to 28 U.S.C. § 1782 (the "Application"), and having fully considered the Application and the supporting documents submitted therewith, and sufficient cause appearing therefrom, it is hereby:

**ORDERED** that *ex parte* consideration of the Application is appropriate;

**ORDERED** that the Application is **GRANTED**;

**ORDERED** that Trafigura is authorized to serve subpoenas substantially in the form attached to the Application on each proposed respondent; and

**ORDERED** that Trafigura need not serve copies of the subpoenas on the defendants in the English proceeding.

*The Clerk of Court is directed to terminate the motion at ECF No. 1.*

IT IS SO ORDERED.

DATED: January 31, 2025

_____
J. PAUL OETKEN
United States District Judge