UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>TRAFIGURA PTE LTD<br><br>For an Order Pursuant to 28 U.S.C. § 1782 To Conduct Discovery for Use in a Foreign Proceeding | No. 25 Misc. 41 (JPO) |

### ORDER AUTHORIZING
### ADDITIONAL SUBPOENA PURSUANT TO 28 U.S.C. § 1782

This matter having come before the Court on the motion of Trafigura Pte Ltd ("Trafigura") to authorize an additional subpoena, and having fully considered the motion and Trafigura's original application (Dkt. 1), it is hereby:

**ORDERED** that the motion is **GRANTED**;

**ORDERED** that Trafigura may serve an additional subpoena substantially in the form attached to the application on UBS AG, Stamford Branch; and

**ORDERED** that Trafigura need not serve copies of the subpoena on the defendants in the English proceeding.

IT IS SO ORDERED.

DATED: March 11, 2025

J. PAUL OETKEN
United States District Judge